1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL DONALD PERKINS,

             Petitioner,

   v.

ROBERT AMBROSELLI,
Director, California Department
of Corrections and Rehabilitation,
Adult Parole Operations Division,

             Respondent.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 11-1171 DDP (JCG)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY**

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, and the Report and Recommendation of the United States Magistrate Judge.  No objections to the Report and Recommendation have been filed.  The Court approves and accepts the Magistrate Judge's Report and Recommendation.

     Additionally, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not shown that jurists of reason would find it debatable whether the Court was correct in its procedural ruling.  As a result, a Certificate of Appealability ("COA") is denied.  *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (holding that when a court dismisses a petition on procedural

grounds, a COA should issue only when a "prisoner shows, at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right *and* that jurists of reason would find it debatable whether the district court was correct in its procedural ruling[]") (emphasis added).

Accordingly, IT IS ORDERED THAT:

1.    Judgment shall be entered dismissing the action without prejudice.

2.    The Clerk shall serve copies of this Order and the Judgment herein on the parties.

3.    A Certificate of Appealability is denied.


DATED:  _April 17, 2012__

_____

HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE