# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DONALD PERKINS,<br><br>Petitioner,<br><br>v.<br><br>ROBERT AMBROSELLI,<br>Director, California Department of Corrections and Rehabilitation, Adult Parole Operations Division,<br><br>Respondent. | Case No. CV 11-1171 DDP (JCG)<br><br>**JUDGMENT** |

   IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: __April 17, 2012__

_____
HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE